1   ROBERT WAGGENER - SBN: 118450
    LAW OFFICE OF ROBERT WAGGENER
2   214 Duboce Avenue
    San Francisco, California 94103
3   Phone:          (415) 431-4500
    Fax:            (415) 255-8631
4   E-Mail:         rwlaw@mindspring.com

5   Attorney for Defendant JUSTIN BATEMON

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,                    No.  CR11 0624 WHA

12                          Plaintiff,           **STIPULATION AND ORDER RE
                                                 CHANGE OF CURFEW**
13              v.

14  JUSTIN BATEMON,

15                          Defendant.
    _____/
16

17          **IT IS HEREBY STIPULATED** by the parties that the following modification can be

18  made to the pretrial release conditions for Defendant Justin Batemon in the above-entitled case:

19          Defendant Batemon is no longer subject to a curfew.  All other conditions of Mr.

20  Batemon's pretrial release remain in effect.

21   Dated:  November 1, 2011.                   _____/s/_____
22                                               ROBERT WAGGENER
                                                 Attorney for Defendant Justin Batemon
23

24   Dated:  November 1, 2011.                   _____/s/_____
                                                 KATHRYN HAUN
25                                               Assistant United States Attorney

26  **IT IS SO ORDERED.**

27   Dated:  November 3, 2011.                   _____
                                                 William Alsup
28                                               UNITED STATES DISTRICT JUDGE

**STIPULATION & ORDER RE
CHANGE OF CURFEW**