STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Specially Appearing for Defendant BATEMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> JUSTIN BATEMON, <br><br>  Defendant. | No. CR 11-624 WHA <br><br> **ORDER OF RELEASE** <br><br> Hearing Date: March 2, 2015 <br><br> The Honorable Maria Elena James |

On March 2, 2015, this Court arraigned the defendant on the pending Form 12 alleging violations of the defendant's supervised release.  Based on the stipulation of the parties, the defendant is hereby ORDERED RELEASED from U.S. Marshal Custody forthwith. All previously imposed terms and conditions of supervised release imposed by  previous orders of the Court and the Judgment and Commitment Order of May 23, 2012 remain in full  force and effect.  The next date will be Tuesday, March 10, 2015 before this Court for ID of counsel.

**IT IS SO ORDERED**.

DATED: March 2, 2015

THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE