IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN BATEMON,

    Defendant.

No. CR 11-00624 WHA

**ORDER RE CUSTODY**

    At the hearing concerning defendant Justin Batemon's Form 12 violation on May 12, 2015, the undersigned judge stated that he would consider supporting defendant's placement in a halfway house so he could start his new job on Monday. After the hearing, Probation Officer Octavio Magana informed the Court that defendant's employment had fallen through and that he would not be starting work this Monday. Therefore, the Court no longer supports release from custody.

Dated: May 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE