IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JUSTIN BATEMON,

    Defendant.

No. CR 11-00624 WHA

**ORDER AUTHORIZING BENCH WARRANT FOR ARREST AND REQUESTING RESPONSE FROM COUNSEL**

    Defendant Justin Batemon failed to self surrender as ordered on September 6, 2016. A bench warrant for his arrest will issue for violating the conditions of his supervised release by failing to appear as ordered (18 U.S.C. 3583).

    **BY SEPTEMBER 9, 2016, AT NOON**, counsel for both sides shall advise the Court on the options for holding him in contempt in addition to his two months in custody, to be consecutive. The Court does not necessarily accept defense counsel's excuse for his failure. Counsel shall address whether the sentence imposed on September 6, 2016, can be modified in light of defendant's failure to report.

    **IT IS SO ORDERED.**

Dated: September 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE