IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JUSTIN BATEMON,

    Defendant.

No. CR 11-00624 WHA

**ORDER TO SHOW CAUSE**

    Defendant is **ORDERED TO APPEAR** before this Court on **OCTOBER 4, 2016, AT 2:00 P.M.** to **SHOW CAUSE** why additional custodial time for criminal contempt should not be imposed pursuant to 18 U.S.C. 401 for his failure to self-surrender by noon on September 7, 2016, as ordered by the Court (Dkt. No. 303). The parties may submit briefs and declarations by **SEPTEMBER 29, 2016 AT NOON**.

    A previous order requested a response as to contempt proceedings by September 9, 2016. Defendant did not file a response until September 14, 2016, at which time defendant asked for additional time to file a "more complete" response. Defendant's request for additional time to response to the earlier order is **DENIED**. Defendant may raise any arguments in the brief to be filed by September 29, 2016.

    **IT IS SO ORDERED.**

Dated: September 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE